In the Matter of the CITY OF LONG BEACH, Appellant, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent.

LONG BEACH BUS COMPANY, Respondent.

(Submitted February 11, 1929; decided February 19, 1929.)

Motion to amend remittitur denied. (See 249 N. Y. 480.)

JESSE STILES, Appellant, v. WILLIAM A. ROBESON et al., Respondents.

(Argued February 11, 1929; decided February 19, 1929.)

*Walter A. Fullerton* for motion.

*Jesse Stiles*, in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

HELEN V. CAREY, Appellant, v. MINOR C. KEITH, INC., et al., Respondents.

(Submitted February 11, 1929; decided February 19, 1929.)

Motion for reargument or to amend remittitur denied. (See 250 N. Y. 216.)